United States Bankruptcy Court
District of Puerto Rico

IN RE:  
**MARQUEZ SILVA, CARMEN NYDIA**  
Debtor(s)

Case No. 09-11124 SEK  
Chapter 13

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____  
☐ PRE ☐ POST-CONFIRMATION

☑ AMENDED PLAN DATED: 2/17/2010  
Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ 940.00 x 60 = $ 56,400.00  
$ ____ x ____ = $ ____  
$ ____ x ____ = $ ____  
$ ____ x ____ = $ ____  
$ ____ x ____ = $ ____  

TOTAL: $ 56,400.00

Additional Payments:  
$ ____ to be paid as a LUMP SUM within ____ with proceeds to come from:  
☐ Sale of Property identified as follows:  
_____  
_____  

☐ Other:  
_____  
_____  

Periodic Payments to be made other than, and in addition to the above:  
$ 200.00 x 5 = $ 1,000.00

PROPOSED BASE: $ 57,400.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,700.00

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR $ ____  
B. SECURED CLAIMS:  
☐ Debtor represents no secured claims.  
☑ Creditors having secured claims will retain their liens and shall be paid as follows:  
1. ☑ Trustee pays secured ARREARS:  
Cr. **DORAL BANK**   Cr. **DORAL BANK**   Cr. ____  
# 0030043179   # 0080026462   # ____  
$ 1.00   $ 1.00   $ ____  
2. ☑ Trustee pays IN FULL Secured Claims:  
Cr. **CRIM**   Cr. ____   Cr. ____  
# 000000030043179   # ____   # ____  
$ 14.12   $ ____   $ ____  
3. ☐ Trustee pays VALUE OF COLLATERAL:  
Cr. ____   Cr. ____   Cr. ____  
# ____   # ____   # ____  
$ ____   $ ____   $ ____  
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:  
_____  
5. ☐ Other: ____  
6. ☑ Debtor otherwise maintains regular payments directly to:  
**DORAL BANK**   **DORAL BANK**  
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)  
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.  
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: ____  
☐ Paid 100% / ☐ Other: ____  
Cr. ____   Cr. ____   Cr. ____  
# ____   # ____   # ____  
$ ____   $ ____   $ ____  
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds. etc.)  
**See Continuation Sheet**

Signed: _____  
Debtor  

_____  
Joint Debtor  

Attorney for Debtor: Marilyn Valdes Ortega Law Offices   Phone: **(787) 758-4400**

AMENDED CHAPTER 13 PAYMENT PLAN

© 1993-2010 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

IN RE MARQUEZ SILVA, CARMEN NYDIA  Case No. 09-11124 SEK
Debtor(s)

# AMENDED CHAPTER 13 PAYMENT PLAN
## Continuation Sheet - Page 1 of 1

**TRUSTEE TO PAY ATORNEY'S FEES BEFORE ANY SECURED OR PRIORITY CREDITOR.**

**ANY POST PETITION TAX RETURNS THAT MAY PROSPECTIVELY ARISE FROM ANY TAX REFUND FOR THE DURATION OF THE PLAN WILL BE USED AS NEEDED TO FUND THE PLAN IN ORDER TO MAXIMIZE THE DISTRIBUTION TO GENERAL UNSECURED CREDITORS, AFTER ITS CONFIRMATION AND WITHOUT THE NEED FOR ANY FURTHER NOTICE, HEARING OR COURT ORDER, THE PLAN SHALL BE DEEMED MODIFIED BY THE INCREMENT(S) TO ITS BASE.**

**PERIODIC PAYMENTS COME FROM CHRISTMAS BONUS TO BEGIN DECEMBER 2010.**

© 1993-2010 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

IN THE UNITED STATES BANKRUPTCY COURT
                   FOR THE DISTRICT OF PUERTO RICO

| IN RE:                      | CASE NO.; 09-11124 SEK     |
| CARMEN NYDIA MARQUEZ SILVA  |                            |
| Debtor(s)                   | CHAPTER 13 (ASSET CASE)    |

                        **CERTIFICATE OF SERVICE**

**TO THE HONORABLE COURT:**

   **COMES(S)** now Debtor(s) represented by the undersigned counsel and respectfully allege(s) and pray(s) as follows:

   1. The undersigned attorney hereby certificates that has notified all creditors and persons with interest as per master address list of the Chapter 13, **AMENDED PLAN DATED 2/17/2010**.

   **WHEREFORE,** it is respectfully requested from this Honorable Court to take notice of this service.

   In San Juan, Puerto Rico, this 17TH, day of February, 2010.

   **I HEREBY CERTIFY:** That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Chapter 13 Trustee **Jose R. Carrion, Esq.**, US Trustee **Monsita Lecaroz Arribas** and to all those who in this case have registered for receipt of notice by electronic mail and I hereby certify that I have mailed by regular mail to all creditors listed on the attached Master Address List.

                                          **RESPECTFULLY SUBMITTED.**

                                          /S/MARILYN VALDES ORTEGA
                                          **MARILYN VALDES ORTEGA**
                                          USDC PR 214711
                                          P.O.Box 195596
                                          San Juan, PR 00919-5596
                                          Tel. (787) 758-4400
                                          Fax. (787) 763-0144

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 09-11124-SEK13<br>District of Puerto Rico<br>Old San Juan<br>Wed Feb 17 10:21:00 AST 2010 | DORAL BANK (VTQ)<br>MARTINEZ & TORRES LAW OFFICES P S C<br>PO BOX 192938<br>SAN JUAN, PR 00919-3409 | US Bankruptcy Court District of P.R.<br>U.S. Post Office and Courthouse Building<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 |
| BANCO POPULAR DE PR<br>CARD PRODUCTS DIVISION<br>PO BOX 70100<br>SAN JUAN, PR 00936-8100 | BANCO POPULAR DE PUERTO RICO<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN PR 00936-6818 | BANCO POPULAR PR<br>PO BOX 2708<br>SAN JUAN PR 00960 |
| BANCO SANTANDER<br>PO BOX 191080<br>SAN JUAN, PR 00919-1080 | BANK OF AMERICA<br>PO BOX 15019<br>WILMINGTON, DE 19886-5019 | CRIM<br>PO BOX 195387<br>SAN JUAN, PR 00919-5387 |
| DEPARTAMENTO DE HACIENDA<br>PO BOX 9024140<br>OFICINA 424 B<br>SAN JUAN, PR 00902-4140 | DEPARTAMENTO DEL TRABAJO<br>AVE. MUOZ RIVERA 505<br>HATO REY, PR 00918-3352 | DEPARTMENT STORES NATIONAL BANK/MACYS<br>NCO FINANCIAL SYSTEMS, INC.<br>PO BOX 4275<br>NORCROSS, GA 30091-4275 |
| DORAL BANK<br>PO BOX 71306<br>SAN JUAN, PR 00936-8406 | GE MONEY BANK<br>GAP CARD<br>PO BOX 981400<br>EL PASO TX 79998-1400 | HSBC RETAIL SERVICES<br>PO BOX 60148<br>CITY OF INDUSTRY, CA 91716-0148 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 | JC PENNEY<br>PO BOX 960090<br>ORLANDO, FL 32896-0090 | MACYS<br>PO BOX 183083<br>COLUMBUS, OH 43218-3083 |
| MACYS<br>PO BOX 8053<br>MASON OH 45040-8053 | SAM'S CLUB<br>PO BOX 530942<br>ATLANTA, GA 30353-0942 | SEARS CREDIT CARDS<br>P.O. BOX 183081<br>COLUMBUS, OH 43218-3081 |
| WESTERNBANK<br>PO BOX 1180<br>MAYAGUEZ, PR 00681-1180 | CARMEN NYDIA MARQUEZ SILVA<br>PMB 26<br>267 CALLE SIERRA MORENA<br>SAN JUAN, PR 00926-5539 | JOSE RAMON CARRION MORALES<br>PO BOX 9023884<br>SAN JUAN, PR 00902-3884 |
| MARILYN VALDES ORTEGA<br>VALDES-ORTEGA<br>P O BOX 195596<br>SAN JUAN, PR 00919-5596 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901-1938 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
INTERNAL REVENUE SERVICE
MERCANTIL PLAZA BLDG, ROOM 1014
2 PONCE DE LEON AVE.  STOP 27 1/2
SAN JUAN, PR  00918-1693
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)DORAL BANK (VTQ)<br>MARTINEZ & TORRES LAW OFFICES, P.S.C.<br>PO BOX 192938<br>SAN JUAN PR 00919-3409 | (u)MARQUEZ SILVA, CARMEN NYDIA | End of Label Matrix<br>Mailable recipients    25<br>Bypassed recipients     2<br>Total                  27 |